MORGAN, LEWIS & BOCKIUS LLP
BARBARA J. MILLERS, SB# 167223
JENNIFER L. BRADFORD, SB# 203871
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
barbara.miller@morganlewis.com
jbradford@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN BATTENFELD, SB# 119513
300 S. Grand Ave., 22nd Floor
Los Angeles, CA 90071
Tel: 213.612.2500
Fax: 213.612.2501
jbattenfeld@morganlewis.com

Attorneys for Defendants
NEW ALBERTSON'S, INC., SUPERVALU INC.,
and AMERICAN STORES COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HUGO DELGADO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW ALBERTSON'S, INC., a Delaware corporation; SUPERVALU INC., a Delaware corporation; AMERICAN STORES COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. SACV08-806 DOC (RNBx)<br><br>Assigned for All Purposes to:<br>The Honorable David O. Carter<br>Courtroom 9-D<br><br>**DECLARATION OF JENNIFER L. BRADFORD RE: CAFA NOTICES** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

DECLARATION OF JENNIFER L. BRADFORD

DB2/ 22915372.1

# DECLARATION OF JENNIFER L. BRADFORD

I, Jennifer L. Bradford, declare as follows:

1. I am an attorney at law, duly licensed to practice in the state of California and before this Court, and am an attorney with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendants New Albertson's, Inc., SUPERVALU INC., and American Stores Company, LLC (collectively, "Defendants") in the above-entitled action. I make this declaration in connection with Plaintiff Hugo Delgado's ("Delgado") Motion for Settlement Approval of Class Action Settlement (Docket No. 126). I have personal knowledge of the facts set forth herein and if called and sworn as a witness I could and would competently testify thereto.

2. On July 11, 2011, I had my assistant mail notices under the Class Action Fairness Act ("CAFA Notice") to the U.S. Attorney General and to the attorney generals for the following states: Alaska; Arizona; Arkansas; California; Colorado; Connecticut; Delaware; Florida; Georgia; Hawaii; Idaho; Illinois; Indiana; Iowa; Kansas; Kentucky; Louisiana; Maine; Maryland; Massachusetts; Michigan; Minnesota; Missouri; Montana; North Carolina; North Dakota; New Jersey; New Mexico; New York; Nevada; Ohio; Oklahoma; Oregon; Pennsylvania; Rhode Island; South Carolina; Tennessee; Texas; Utah; Virginia; Washington; Wisconsin; and Wyoming. Attached as Exhibit 1 is a true and correct copy of the CAFA Notice (without enclosures) sent to the U.S. Attorney General. Attached as Exhibit 2, as an example, is a true and correct copy of the CAFA Notice (without enclosures) sent to the Office of the Attorney General for the State of California.

3. On October 25, 2011, I had my assistant mail update notices under the Class Action Fairness Act ("CAFA Update Notice") to the U.S. Attorney General and to the attorney generals for the following states, to apprise them of the Final Approval Hearing: Alaska; Arizona; Arkansas; California; Colorado; Connecticut; Delaware; Florida; Georgia; Hawaii; Idaho; Illinois; Indiana; Iowa; Kansas;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DECLARATION OF JENNIFER L. BRADFORD

DB2/ 22915372.1

Kentucky; Louisiana; Maine; Maryland; Massachusetts; Michigan; Minnesota; Missouri; Montana; North Carolina; North Dakota; New Jersey; New Mexico; New York; Nevada; Ohio; Oklahoma; Oregon; Pennsylvania; Rhode Island; South Carolina; Tennessee; Texas; Utah; Virginia; Washington; Wisconsin; and Wyoming.  Attached as Exhibit 3 is a true and correct copy of the CAFA Update Notice (without enclosures) sent to the U.S. Attorney General.  Attached as Exhibit 4, as an example, is a true and correct copy of the CAFA Update Notice (without enclosures) sent to the Office of the Attorney General for the State of California.

I make this declaration under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on January 19, 2012 at Irvine, California.

        /s/ Jennifer L. Bradford
JENNIFER L. BRADFORD

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

DB2/ 22915372.1

2

DECLARATION OF JENNIFER L. BRADFORD